# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BASF CORPORATION<br>    Plaintiff, | : | |
| v. | : | CIVIL ACTION<br>NO. 18-3981 |
| EDGEMONT AUTO BODY, INC<br>    Defendant. | : | |

## ORDER

AND NOW this 22nd day of February 2019, upon consideration of Defendant's Motion to Dismiss (ECF No. 5) and Plaintiff's Response thereto (ECF No. 6), it is hereby ORDERED that said Motion is DENIED.

It is further ORDERED that Defendant shall file an Answer to Plaintiff's Complaint within twenty-one (21) days of this ORDER.

BY THE COURT:

 /s/ C. Darnell Jones, II
C. Darnell Jones, II   J.